IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| TIMOTHY RUNDLE; Z.R., by and through her Guardian, Timothy Rundle; LUCIA SINGER; G.M., by and through his Guardian, Lucia Singer; TAMARA HARRISON; T.T. (F) and T.T. (M), by and through their Guardian, Tamara Harrison; TIFFANY PRICE; and E.J., B.J., M.C., and E.C., by and through their Guardian, Tiffany Price,<br><br>Plaintiffs,<br>v.<br><br>INNIVE INC.,<br><br>Defendant. | Case No.: CV-25-49-BU-BMM<br><br>ORDER |

Defendant INNIVE, Inc. has moved for an order allowing Kenneth P. White, Esq. to appear *pro hac vice* in this case with Matthew McKeon, Esq., designated as local counsel. (Doc. 10.) The application of Mr. White appears to be in compliance with L.R. 83.1(d).

**IT IS ORDERED**:

Defendant's motion to allow Mr. White to appear before this Court (Doc. 10) is GRANTED, subject to the following conditions:

1. Local counsel shall exercise the responsibilities required by L.R. 83.1(d)(5) and must be designated as lead counsel or as co-lead counsel;

2. Mr. White must do his own work. He must do his own writings, sign his own pleadings, motions, briefs, and, if designated co-lead counsel, must appear and participate personally in all proceedings before the Court;

3. Mr. White shall take steps to register in the Court's electronic filing system ("CM-ECF"). Further information is available on the Court's website, www.mtd.uscourts.gov.

4. Local counsel shall also sign all such pleadings, motions and briefs and other documents served or filed; and

5. Admission is personal to Mr. White, not the law firm he works for.

6. Local counsel will provide a copy of this order to pro hac counsel.

**IT IS FURTHER ORDERED**:

Mr. White shall file, within fifteen (15) days from the date of this Order, an acknowledgment and acceptance of his admission under the terms set forth above.

DATED this 2nd day of October, 2025.

_____
Brian Morris, Chief District Judge
United States District Court